FILED

MAR 22 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. ~~CR 12-70297 MAG~~ (DMR)  CR-12-197-YGR |
| Plaintiff, | DETENTION ORDER |
| v. | |
| JOSE DEL ROSARIO MENDOZA MORENO, | |
| Defendant. | |

I. DETENTION ORDER

Defendant Jose Del Rosario Mendoza Moreno is charged in a criminal complaint with violations of 21 U.S.C. §§ 846 and 841(a)(1) & (b)(1)(A) (conspiracy to distribute, and distribution and possession with intent to distribute 500 grams or more of methamphetamine). On March 14, 2012, the United States moved for Mr. Mendoza Moreno's detention and asked for a detention hearing as permitted by 18 U.S.C. § 3142(f). Pretrial Services prepared a criminal record report. At the March 22, 2012 hearing before this Court, Defendant waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to present

DETENTION ORDER
CR 12-70297 MAG (DMR)   1
cc: Copy to parties via ECF, Pretrial Services, 2 Certified copies to US Marshal

witnesses, to cross-examine adverse witnesses, and to present information by proffer or otherwise), and retained his right to raise any additional relevant information at a later hearing.

After considering the limited information available to the Court, and the factors set forth in 18 U.S.C. § 3142(g), the Court detains Mr. Mendoza Moreno as presenting a serious risk of flight and finds that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure his appearance in this case. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

## II. CONCLUSION

The Court detains Mr. Mendoza Moreno due to a serious risk of flight. Because Defendant waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: March 22, 2012

DONNA M. RYU
United States Magistrate Judge